April 25, 2011  0000040570 07

Steven W. Holland, BS
Ste. D
3506 Washington Ave.
Gulfport, MS 39507-3102

VW2M1-MML07R-12601085
P101 T146

**IMPORTANT CONTRACT UPDATE**

Dear Mr. Holland:

As you may know, in March 2010 MultiPlan acquired Viant, Inc., and since that time we have been finalizing our plan to integrate Viant's Beech Street network into MultiPlan's network offerings. We are now in a position to begin sharing what this acquisition means to you as an individual practitioner participating with MultiPlan. Please note that this letter pertains only to this individual contractual relationship. If you also participate in the Beech Street and/or MultiPlan network products through other contractual relationships, we will either notify you directly, or will advise your group/facility contract administrators to notify you, of any changes in those arrangements.

**Your Participation with MultiPlan.** Your individual contract with MultiPlan continues in effect. As a reminder, you currently participate in the following MultiPlan network products. Complete descriptions of the MultiPlan network products - including logos and other identification mechanisms - can be located at www.integration.multiplan.com.

- PHCS Network (including PHCS Savility)
- MultiPlan Network
- MultiPlan Workers' Compensation Network
- MultiPlan Auto Medical Network
- ValuePoint by MultiPlan

Over the next 6-24 months, commercial clients accessing Beech Street will move their health plan members to MultiPlan's network products which will significantly expand your access to patients. Combined, MultiPlan and Beech Street clients offer access to an estimated 19 million consumers on a primary PPO basis, and another 38 million consumers on a complementary basis.

**Changes to Your Contract.** Beginning 9/1/2011, you will be reimbursed under this individual agreement for services provided to members of MultiPlan clients according to the MultiPlan S68 fee schedule. This fee schedule is based on the 2011 geographically-adjusted Medicare fee schedule. The geographic adjustment is based on the Medicare fee schedule assigned by MultiPlan to the MultiPlan-defined market ("Market") in which your service address is located which may not correspond with your Medicare geographic location. Attached is a representative sample of your fee schedule based on the Market for the address noted above.

Unless otherwise required by law, Workers' Compensation bills processed through the MultiPlan Network will be reimbursed at the lesser of the MultiPlan fee schedule or 15% off the state schedule (if any exists).

Our Brands: Beech Street® • HealthEOS® • MultiPlan®  PHCS® • Texas True Choice • Viant® • ValuePoint®

**Exhibit B**

More information about the contents of this letter and other pertinent details, including updates to contract terms such as the ones listed below can be found at www.integration.multiplan.com.

- Fee schedule pricing and reimbursement
- Place of service pricing
- Updated Network Professional Handbook
- Pricing of procedures with new codes or no RVU
- Modifier processing

You will find answers to most of your questions at www.integration.multiplan.com. When visiting the site, please also provide your e-mail address so that we may send you periodic updates on the integration, new client additions, and other information to help you get the most out of your participation in our network products. If after you visit www.integration.multiplan.com you have additional questions about this letter, or if you have questions about your participation, please call our dedicated service line at (888) 860-7427 Monday-Friday between the hours of 9:00 a.m. - 5:30 p.m. Eastern Time.

Again, this letter does not affect any other participation relationship you may have with MultiPlan and/or Beech Street through group or facility contracts.

**Next Steps.** Simply continue to accept patients with access to MultiPlan's network products and submit your claims as usual, following the instructions on the member's ID card or other plan documentation. Please continue to send all demographic updates to: MultiPlan Registrar, 1100 Winter St., Waltham, MA, 02451.

I am confident that the integration of Beech Street into MultiPlan's network products will significantly enhance your access to patients and the revenue you receive from a diverse base of healthcare payers. On behalf of all of us at MultiPlan, we look forward to the continued delivery of ongoing - and increasing - value to your practice.

Very truly yours,

Paul Goldstein, MD
Vice President and Corporate Medical Director

Encl:   Representative sample fee schedule