

**CONFIDENTIAL**

March 13, 2014

Mr. Kevin Barrett
Quest Financial Recovery Services
3824 Cedar Springs Road, #801-1293
Dallas, TX 75219

Re: Case #: 4620990

Dear Mr. Barrett:

This letter is in response to the enclosed Workers' Compensation participation dispute for Dr. Steven Holland.

MultiPlan has reviewed your inquiry. We stand by our original determination that Worker's Compensation was included in the contractual relationship between Private Healthcare Systems, Inc. ("PHCS") and Dr. Steven Holland.

Section 3.7 of the PHCS Participating Professional Agreement states:

> 3.7 *Product Participation and Requirements*. *This Agreement may contain references to each of the products offered by PHCS. Upon written notice to Participating Professional, PHCS will, in its sole discretion, designate those individual product(s) for which Participating Professional participates as part of the PHCS provider network. Participating Professional will cooperate and comply with the product specific requirements applicable to Participating Professional contained in Exhibit B and/or described in the administrative handbook(s). PHCS may, in its sole discretion, modify Exhibit B and/or the administrative handbook(s).*

MultiPlan sent notification to Dr. Holland dated April 25, 2011, advising of his participation in the Workers' Compensation Network. Workers' Compensation is also reflected as a network/product in the MultiPlan Network Professional Handbook

Again, MultiPlan stands by our original determination that the discounts applied are valid, based on the fact that, Workers' Compensation was included as part of the PHCS Participating Professional Agreement.

MultiPlan deems this case closed based on the fact stated above.

Sincerely,

Erica Paquette
Senior Resolution Specialist
Service Operations

---

Our Brands: Beech Street™ • HealthEOS® • HMA Inc. • IHP • MultiPlan® • NCN® • PHCS® • Texas True Choice • Viant® • ValuePoint®

---

MultiPlan, Inc. • 1100 Winter Street • Waltham, MA 02451-1440
ph 800-253-4417 • fx 781-895-3458 • multiplan.com

Exhibit E

Quest FRS
3824 Cedar Springs Rd
#801-1293
Dallas, TX 75219

35710413507
Mark Tabak, Chief Executive Officer
MulitPlan, Inc
115 Fifth Avenue
New York, NY 10003

7114 7344 2820 1842 9559


Quest FRS
3824 Cedar Springs Rd
#801-1293
Dallas, TX 75219



7114 7344 2820 1842 9566

35719413683
Michael Ferrante, Executive Vice President, Chief Operating Officer
MultiPlan, Inc
115 Fifth Avenue
New York, NY 10003

550592-3