

# MultiPlan

1100 Poydras Street
Suite 2600
New Orleans, LA 70163
ph 504-681-3600
fx 504-681-3611

multiplan.com

April 17, 2014

Mr. Kevin Barrett
Quest Financial Recovery Services
3824 Cedar Springs Road, #801-1293
Dallas, TX 75219

VIA: E-Mail

RE: Case #: 4620990 –Steven Holland d/b/a Physical Therapy Clinic of Gulfport

Dear Mr. Barrett:

This letter is in response to your correspondence dated April 10, 2014. MultiPlan sent a formal written response to your previous letter on April 11, 2014. It appears our letters keep crossing in the mail, and that you did not have my letter at the time you drafted your correspondence dated April 10.

I would like to ask you to carefully review the letter that we sent to you on April 11, 2014. We did address the specific topics that were presented.

In your correspondence dated April 10, 2014, you specifically referenced Section 4.4 of the PHCS Participating Agreement, which states:

> 4.4 **Identification and Eligibility** – PHCS will require each Payor to furnish Covered Individuals with a means of identifying themselves to Participating Professional as covered under a contract for the provision of the health care services through a PHCS provider network. <u>Such methods of identification may include, but are not limited to</u>, (i) identification, cards that indicate an affiliation with PHCS, (ii) affixing the PHCS logo to identification cards, or (iii), a PHCS phone number identifier. In addition, PHCS will require each Payor to use its best efforts to provide the most current eligibility information available on the day of inquiry for those Covered Individuals for whom Payor maintains eligibility information.

Please note that this section specifically states "may include, but are not limited to."

Our position in this matter remains unchanged.

If you would like to discuss this matter further, please do not hesitate to contact me directly at (504)681-3481, otherwise, we expect your full cooperation.

Sincerely,

*Tanya C. Fisette*

Tanya C. Fisette
Manager, Resolution Services

PHCS

HealthEOS

**Exhibit H**



7114 7344 2820 1787 6378

**CERTIFIED MAIL**

Quest FRS
Kevin Barrett
3824 Cedar Springs Rd
#801-1293
Dallas, TX 75219

Michael Ferrante, Executive Vice President, Chief Operating Officer
MultiPlan, Inc
115 Fifth Avenue
New York, NY 10003