## President's Corner:



**Two Consecutive Years**
America's Fastest Growing Private Companies

2011 is behind us, 2012 lies ahead. I usually have at least some sad feelings as another year passes. Not for 2011. It was a difficult year for Healthcare, and unfortunately, I do not see 2012 getting any easier.

Now is the time to establish your goals and a timeline for their attainment. I like to look at the year in 3 to 4 month blocks, set a goal and try to accomplish it within that time. Some goals are obviously too large for 3-4 months. In those cases, break the goal into major sections and put the sections into the required months.

If I could establish a goal for Medical Practices in 2012, it would be to for them "learn the business of the Practice." I've said it many times in our previous Newsletters: those Practices that succeed in the future will be those that understand the Business.

Pursuant to that knowledge, when did you last review a Balance Sheet or Profit and Loss Statement?

**Van A. Harbitt**
President, National Integrated HealthCare Group and ChiroNET, L.L.C.



# National Integrated HealthCare Group
*a division of ChiroNET L.L.C.*

DECEMBER, 2011

2821 Lackland Rd., #102
Fort Worth TX 76116 • 866-846-0396

visit us @ www.nihcgrp.com

## NIHC Group News

# MultiPlan Workers Comp/Auto Products

National Integrated HealthCare Group received notification from our Group Contract with MultiPlan they will be offering Workers Compensation and Auto Accident Products effective March 1, 2012. These new Products DO NOT allow for individual "Opt-In/Opt-Out" choices. In other words, if you select to be In Network with MultiPlan, you must accept the proposed fee schedules for WC/Auto also.

After review of the proposed fee schedule NIHC Group believes the discounts taken are too great to accept these new Products. Thus we will "Decline" the addition of these Products to our current Group Contract.

In the future, audit your MultiPlan EOB's to ensure they do not erroneously take a discount for WC or Auto claims.

## *Help yourself to $100*
### *and help a colleague at the same time!*

You already recognize the value to your practice of being a NIHC Group Provider. Now, share the good news with your colleagues and reap even greater rewards for yourself and your friends!
Get a *$100 Referral Reward*\* for both of you when you refer a New Provider.


CALL 866.84


Exhibit "C"

)AY *for details!*

*$100 Referral Reward is for year only and cannot be com—   be a new Provider to NIHC Group.