Sentry Insurance A Mutual Company
PO Box 8032
Stevens Point, WI 54481

**EXPLANATION OF REVIEW**



PPO
Page: 1

Provider Name: 'HYSICAL THERAPY OF GULFPORT
Provider Tax Id: 223894930
Patient Acct. No.: FOSMIC2
Patient Name: MIKE FOSTER

Employer Name: HARTSON-KENNEDY CABINET
Policy No.: 901590201002
Claim No.: 51C955315A
Date of Injury: 02/14/12
Date Bill Received: 05/31/12

Control No.: 26121530065000
Date Processed: 06/11/12
Operator No.: 7Z2
Bill Id: SENEDI06-01-201200310023

| Dates of Service | Procedure Code | Description of Service | Units | Billed Charges | Fee Schedule or Customary | Recommended Allowance | Reason Code |
|---|---|---|---|---|---|---|---|
| 05/22/12-05/22/12 | 97110 | THERAPEUTIC PROCEDURE | 0001 | 45.00 | 44.80 | 25.43 | 123 |
| 05/22/12-05/22/12 | 97530 | KINETIC ACTIVITIES,INTL | 0001 | 60.00 | 48.00 | 27.76 | 123 |
| 05/22/12-05/22/12 | 97530 | KINETIC ACTIVITIES,INTL | 0001 | 60.00 | 48.00 | 27.76 | 123 |
| 05/22/12-05/22/12 | 97530 | KINETIC ACTIVITIES,INTL | 0001 | 60.00 | 48.00 | 27.76 | 123 |
| 05/23/12-05/23/12 | 97110 | THERAPEUTIC PROCEDURE | 0001 | 45.00 | 44.80 | 25.43 | 123 |
| 05/23/12-05/23/12 | 97530 | KINETIC ACTIVITIES,INTL | 0001 | 60.00 | 48.00 | 27.76 | 123 |
| 05/23/12-05/23/12 | 97530 | KINETIC ACTIVITIES,INTL | 0001 | 60.00 | 48.00 | 27.76 | 123 |
| 05/23/12-05/23/12 | 97530 | KINETIC ACTIVITIES,INTL | 0001 | 60.00 | 48.00 | 27.76 | 123 |
| 05/24/12-05/24/12 | 97110 | THERAPEUTIC PROCEDURE | 0001 | 45.00 | 44.80 | 25.43 | 123 |
| 05/24/12-05/24/12 | 97530 | KINETIC ACTIVITIES,INTL | 0001 | 60.00 | 48.00 | 27.76 | 123 |
| 05/24/12-05/24/12 | 97530 | KINETIC ACTIVITIES,INTL | 0001 | 60.00 | 48.00 | 27.76 | 123 |
| 05/24/12-05/24/12 | 97530 | KINETIC ACTIVITIES,INTL | 0001 | 60.00 | 48.00 | 27.76 | 123 |
| | | TOTAL | | 675.00 | 566.40 | 326.13 | |

1  This contracted provider or hospital has agreed to reduce this charge for your business. (P303)
2  ANY REDUCTION IS IN ACCORDANCE WITH THE MULTIPLAN CONTRACT FOR QUESTIONS REGARDING REDUCTIONS, PLEASE CALL 1-800-243-2336.  (Z058)
3  The charge for this procedure was reimbursed at the fee scheduleor Fair Health Benchmark Database. (Z560)
*  Either an emergency service was rendered that does not require verification of authorization, or, a non-emergency service was rendered where the provider obtained verification of authorization/precertification review from the payer. (Z349)
*  ANY REDUCTION IS IN ACCORDANCE WITH THE MULTIPLAN CONTRACT FOR QUESTIONS REGARDING REDUCTIONS, PLEASE CALL 1-800-243-2336.  (Z058)

DIAGNOSIS:

846.1    SPRAINS AND STRAINS; SACROILIAC LIGAMENT

MultiPlan provided the unauthorized WC discount on Mr. Holland's WC claim.

**FOR QUESTIONS ABOUT THIS CONTRACT, REFER TO THE ABOVE PHONE NUMBER FOR ALL OTHER CUSTOMER SERVICE, PLEASE CALL 1-800-739-3344 EXT 3469400 OR FAX 1-715-346-9708**

Please include a copy of this explanation
with any reconsideration request.



Exhibit "I"

EOR.O1T75OUT

Page: 2 of 3

## Explanation of Review

**Claimant Name:** DAVIS, DANIEL J.
**Claim Number:** Z0083692401
**Bill:** EC1-JKMS-13675

*Network that discounted claim.*

| Bill Details | | | |
|---|---|---|---|
| Dates of Service: 04-12-2012 to 05-02-2012 | Reviewer: NA/DJ | File: 00000225/00015698/00000000 |
| Post Date: 05-28-2012 | Client Type of Bill: 011 | |
| | Adjuster: BETTY-J 01 | |

**PPO:** FIRST HEALTH 800-937-6824      **Contract ID:** FO58O-

**Dx1:** 813.41 COLLES' FRACTURE-CLOSED

| Line | Date | POS | TOS | Rev./Proc. Code | Charges | Dx. Bill Rev | Units | Description NCR | PPO | NGD | Explanation Code(s) Allow. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 04-20-2012 | 11 | 1 | 97530 | 60.00 | 1 12.00 | 1 | THERAPEUTIC ACTIVITIES | 20.24 | | P86 27.76 |
| 15 | 04-20-2012 | 11 | 1 | 97530 | 60.00 | 1 12.00 | 1 | THERAPEUTIC ACTIVITIES | 20.24 | | P86 27.76 |
| 16 | 04-20-2012 | 11 | 1 | 97110 | 45.00 | 1 0.20 | 1 | THERAPEUTIC EXERCISES | 19.37 | | P86 25.43 |
| 17 | 04-26-2012 | 11 | 1 | 97530 | 60.00 | 1 12.00 | 1 | THERAPEUTIC ACTIVITIES | 20.24 | | P86 27.76 |
| 18 | 04-26-2012 | 11 | 1 | 97530 | 60.00 | 1 12.00 | 1 | THERAPEUTIC ACTIVITIES | 20.24 | | P86 27.76 |
| 19 | 04-26-2012 | 11 | 1 | 97530 | 60.00 | 1 12.00 | 1 | THERAPEUTIC ACTIVITIES | 20.24 | | P86 27.76 |
| 20 | 04-26-2012 | 11 | 1 | 97110 | 45.00 | 1 0.20 | 1 | THERAPEUTIC EXERCISES | 19.37 | | P86 25.43 |
| 21 | 04-27-2012 | 11 | 1 | 97530 | 60.00 | 1 12.00 | 1 | THERAPEUTIC ACTIVITIES | 20.24 | | P86 27.76 |
| 22 | 04-27-2012 | 11 | 1 | 97530 | 60.00 | 1 12.00 | 1 | THERAPEUTIC ACTIVITIES | 20.24 | | P86 27.76 |
| 23 | 04-27-2012 | 11 | 1 | 97530 | 60.00 | 1 12.00 | 1 | THERAPEUTIC ACTIVITIES | 20.24 | | P86 27.76 |
| 24 | 04-27-2012 | 11 | 1 | 97110 | 45.00 | 1 0.20 | 1 | THERAPEUTIC EXERCISES | 19.37 | | P86 25.43 |
| 25 | 05-02-2012 | 11 | 1 | 97530 | 60.00 | 1 12.00 | 1 | THERAPEUTIC ACTIVITIES | 20.24 | | P86 27.76 |
| 26 | 05-02-2012 | 11 | 1 | 97530 | 60.00 | 1 12.00 | 1 | THERAPEUTIC ACTIVITIES | 20.24 | | P86 27.76 |
| 27 | 05-02-2012 | 11 | 1 | 97530 | 60.00 | 1 12.00 | 1 | THERAPEUTIC ACTIVITIES | 20.24 | | P86 27.76 |
| 28 | 05-02-2012 | 11 | 1 | 97110 | 45.00 | 1 0.20 | 1 | THERAPEUTIC EXERCISES | 19.37 | | P86 25.43 |

**Totals**
Total Charges: 1,575.00
Bill Review Reductions: 253.40
Bill Review Allowance: 1,321.60
PPO Reductions: 560.63
Recommended Allowance: 760.97

**Messages**

P86   ANY REDUCTION IS IN ACCORDANCE WITH THE MULTIPLAN CONTRACT. FOR QUESTIONS REGARDING REDUCTIONS, PLEASE CALL 800-243-2336.

*Network obtained access to Mr. Holland's contract through MultiPlan.*

IF YOU HAVE ANY QUESTIONS REGARDING THIS ANALYSIS, PLEASE CALL 800-880-1279, EMAIL: CLAIMS.MCR@EMCINS.COM OR FAX THE EOR, WITH QUESTIONS, TO 877-260-2811.

EMC INSURANCE COMPANIES, PO BOX 712, DES MOINES, IA 50306-0712

CPT Copyright 1995-2012 American Medical Association. All rights reserved.