

01/10/2011

Case #. 3328057

Steven Holland BS
3506 Washington Ave, # D
Gulfport, MS  39507

Dear Steven Holland BS,

This letter is to confirm your current status with MultiPlan, Inc., and to verify that we have the most current information about your practice.

Our records indicate that you are a contracted provider for the following service(s):

| Product | Effective Date | Termination Date |
|---|---|---|
| Multiplan | 10/01/2007 | |
| PHCS PPO | 09/01/2006 | |

→ Again, no mention of a workers' comp product.

Tax ID: 22-3894930

3506 Washington Ave
# D
Gulfport, MS 39507
Type: Service, Billing, Mailing

Updated information is communicated to all MultiPlan, Inc. payers. Therefore, as your information changes, please send updates to the following address:

MultiPlan, Inc
Registrar Department
1100 Winter Street
Waltham, MA 02451-1440

If any of this information is incorrect, please contact our Service Operations at 8005463387 from 08:00 AM to 05:30 PM EST

If there is any confusion regarding processing out-of-network claims, please feel free to use a copy of this letter when contacting a MultiPlan, Inc. payer to help resolve any discrepancies. MultiPlan, Inc. and its subsidiaries do not pay claims or make determinations with respect to benefits or eligibility.

Thank you for your continued participation in our network.

Sincerely,

NOTICE OF CONFIDENTIALITY: The information contained herein, including any attachments, is proprietary and confidential and is intended for the exclusive use of the addressee. It also may contain privileged information and/or personal information subject to privacy legislation. The authorized addressee of this information, by its retention and use, agrees to protect the information contained herein from loss, disclosure, theft or compromise with at least the same care it employs to protect its own confidential information. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. If you have received this information in error, please notify us immediately and destroy all copies.

Exhibit "E"

http://servicetracking.multiplan.com/temp            fm?$$mpsession$$=703     1/10/2011