# Introduction

This Network Professional Handbook is the "Administrative Handbook" referenced in your Participating Professional Agreement. Please read it carefully and refer to it as questions arise. Please note that if a provision in this administrative handbook conflicts with state or federal law or the terms of your Participating Professional Agreement, the state or federal law or your Participating Professional Agreement takes precedence. The terms of this administrative handbook may be modified at the sole discretion of MultiPlan, Inc. In addition to the obligations specified in your Participating Professional Agreement, this administrative handbook provides information about contractual obligations for Network Professionals, including any Network Professionals participating in the Network through a subsidiary of MultiPlan such as Private Healthcare Systems, Inc. ("PHCS) or HealthEOS by MultiPlan, Inc. (";HealthEOS"). When the word "you" or "your" appears in this administrative handbook, it means the Network Professional that is party to a Participating Professional Agreement with MultiPlan, Inc. or one of its subsidiaries, or is obligated directly or indirectly, to comply with the terms of a Participating Professional Agreement. When "MultiPlan" or "MultiPlan, Inc." is referenced, it includes MultiPlan and its subsidiaries, including but not limited to, PHCS and HealthEOS. For questions regarding the Beech Street Network, the Texas True Choice Network, or True Choice USA, please refer to the Beech Street Provider manual available at BeechStreet.com

We are committed to positive relationships with our Network Providers, Clients and Users. To strengthen these relationships, we have a variety of information, including the most current version of this Network Professional Handbook at www.multiplan.com or www.healtheos.com.

## *MultiPlan's Network Products*

### PHCS Network
The PHCS Network is MultiPlan's nationwide primary PPO. The PHCS logo is typically displayed on the front of a Participant's identification. The PHCS name must be reflected on EOB/EOPs. Participants are directed to PHCS Network Providers through online and downloadable directories and a telephonic locator service. The PHCS Network is certified by NCQA in credentialing.

### HealthEOS Network
The HealthEOS Network is MultiPlan's primary PPO in Wisconsin. The HealthEOS logo is typically displayed on the front of a Participant's identification. The HealthEOS name must be reflected on EOB/EOPs. Participants are directed to HealthEOS Network Providers through online and downloadable directories.

### PHCS Savility®
PHCS Savility is MultiPlan's "virtual payer" primary PPO. PHCS Savility offers a number of features designed to behave to PHCS Savility Network Providers like a single payer network — a standard ID card format with the PHCS Savility logo in the upper left, a uniform claim submission process used by all Client/Users, one service line for all Clients/Users, and Client/User payment consolidated and forwarded to PHCS Savility Network Provider by MultiPlan. EOB/EOPs feature the PHCS Savility brand in the upper left corner.



Exhibit "F"

© 2013, MultiPlan Inc. All rights reserved.

## MultiPlan Network

The MultiPlan Network is a complementary network. It is typically used as a secondary network to a Client's primary PPO. Participants can be directed to MultiPlan Network Providers through online and downloadable directories and a telephonic locator service. A MultiPlan name or logo may be placed on the front or back of the Participant's identification. The MultiPlan name must be reflected on EOB/EOPs.

## ValuePoint® by MultiPlan

ValuePoint by MultiPlan is an access card network used in place of, or as a complement to, a member's health insurance plan. Participants are directed to ValuePoint Network Providers by their Program operators through online directories and a telephonic locator service. The ValuePoint logo must be displayed on the Participant's identification. The Participant's identification must also clearly state the Program is not insurance. For more information, visit www.multiplan.com/valuepoint.

## MultiPlan Workers' Compensation Network

The MultiPlan Workers' Compensation Network is used by Clients that access the MultiPlan Network in conjunction with workers' compensation claims. The MultiPlan name must be reflected on EOB/EOPs.

## MultiPlan Auto Medical Network

The MultiPlan Auto Medical Network is used by Clients that access the MultiPlan Network in conjunction with medical claims covered by auto insurance. The MultiPlan name must be reflected on EOB/EOPs.

MultiPlan's Administrative Handbook clearly identifies MultiPlan's workers' compensation network as seperate from the PHCS network.

© 2013, MultiPlan Inc. All rights reserved.