IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| MULTIPLAN, INC., and PRIVATE HEALTHCARE SYSTEMS, INC. | PLAINTIFFS |
| v. | CAUSE NO. 1:14CV315-LG-RHW |
| STEVEN W. HOLLAND, doing business as Physical Therapy Clinic of Gulfport, and KEVIN BARRETT, doing business as Quest Financial Recovery Services | DEFENDANTS |

## PRELIMINARY INJUNCTION

**BEFORE THE COURT** is the Second Motion for Temporary Restraining Order [23] filed by the plaintiffs, Multiplan, Inc. and Private Healthcare Systems, Inc. A hearing was held on the plaintiffs' Motion on October 21, 2014. The defendant, Steven W. Holland, appeared and represented himself at the hearing, but the defendant, Kevin Barrett, did not appear. Both defendants also provided written responses in opposition to the Motion. Since the defendants were provided with notice of the hearing on the plaintiffs' Motion for Temporary Restraining Order and they have both responded to the Motion, the Court finds that the plaintiffs' Motion should be construed as a Motion for a Preliminary Injunction.

For the reasons stated in this Court's prior Order [7] granting the plaintiffs' first request for a Temporary Restraining Order and for the reasons stated on the record at the hearing held in this matter and after considering additional evidence presented at the hearing, the Court finds that the Motion should be granted as to Barrett, but denied as to Holland. The $5000.00 bond previously posted by the plaintiffs shall remain in effect.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion for Temporary Restraining Order [23] filed by the plaintiffs, Multiplan, Inc. and Private Healthcare Systems, Inc., which this Court has construed as a Motion for a Preliminary Injunction, is **GRANTED** as to the defendant, Kevin Barrett, doing business as Quest Financial Recovery Services, and **DENIED** as to the defendant, Steven W. Holland, doing business as Physical Therapy Clinic of Gulfport.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that Kevin Barrett, doing business as Quest Financial Recovery Services, and his officers, agents, employees, representatives, and attorneys, and any other person(s) acting in active concert with him or on his behalf, is hereby enjoined from filing and threatening to file a Commercial Lien, or any other lien or unlawful proceedings, against the plaintiffs, or their clients, their officers, agents, employees, representatives, and attorneys, in any manner so as to harass the plaintiffs, their clients, officers, agents, employees, representatives, and attorneys, and/or encumber their property or any other belongings.

**SO ORDERED AND ADJUDGED** this the 21st day of October, 2014.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE