IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MULTIPLAN, INC. AND PRIVATE
HEALTHCARE SYSTEMS, INC.**                                                    **PLAINTIFFS**

**v.**                                                    **Civil Action No. 1:14-cv-315-LG-RHW**

**STEVEN W. HOLLAND D/B/A PHYSICAL
THERAPY CLINIC OF GULFPORT**                                                    **DEFENDANT**

## MOTION TO ALLOW COUNSEL TO WITHDRAW

The undersigned counsel for non-party Great American Insurance Group ("Great American"), sometimes referred to in this action by Plaintiff as "Strategic Comp," moves the Court to allow him to withdraw from further participation and in support of this motion states the following:

1.　Defendant Steven W. Holland, d/b/a Therapy Clinic of Gulfport ("Holland"), served a subpoena on Great American seeking production of certain documents.

2.　On behalf of Great American the undersigned filed an Objection to that subpoena on July 18, 2917 (Doc. 141).

3.　Subsequently, Holland filed a Motion to Compel (Doc. 194), but on October 23, 2017, Holland filed a Notice of Withdrawal of Motion to Compel (Doc. 201), withdrawing his motion to compel "as said motion was filed in error."

4.　No issues relating to the subpoena served on Great American are pending and the undersigned should be permitted to withdraw from any further involvement in this action.

WHEREFORE, the undersigned Roy D. Campbell, III and his law firm, Bradley Arant Boult Cummings LLP, request leave of Court to withdraw from this action, effective upon entry of an order granting that relief.

- 2 -

RESPECTFULLY SUBMITTED, this 15th day of March, 2018.

                GREAT AMERICAN INSURANCE GROUP

                By:   */s/ Roy D. Campbell, III*
                      Roy D. Campbell, III (MSB No. 5562)
                      rcampbell@bradley.com

                Attorney for Great American Insurance Group

OF COUNSEL:

BRADLEY ARANT BOULT CUMMINGS LLP
188 East Capitol Street, Suite 400
P. O. Box 1789 (39215)
Jackson, Mississippi  39201
Telephone:  601.948.8000
Facsimile:   601.948.3000

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the above and foregoing with the Court's ECF system and, in accordance therewith, have served it on all counsel of record.

Dated, this 15th day of March, 2018.

                      */s/ Roy D. Campbell, III*
                      Roy D. Campbell, III