# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| MULTIPLAN, INC. and PRIVATE HEALTHCARE SYSTEMS, INC. | PLAINTIFFS/ COUNTER-DEFENDANTS |
| v. | CAUSE NO. 1:14CV315-LG-RHW |
| STEVEN W. HOLLAND, doing business as Physical Therapy Clinic of Gulfport | DEFENDANT/ COUNTERCLAIMANT |

## JUDGMENT ON A JURY VERDICT

This action was tried by a jury with United States District Judge Louis Guirola, Jr., presiding, and the jury has returned a verdict.

**IT IS ORDERED AND ADJUDGED** that Steven W. Holland, doing business as Physical Therapy Clinic of Gulfport, recover from Multiplan, Inc., and Private Healthcare Systems, Inc., the amount of $14,329.25. Pursuant to Fed. R. Civ. P. 54(d), Holland is entitled to recover costs from Multiplan and Private Healthcare. The Court will enter a supplemental judgment concerning interest and attorney's fees.

**SO ORDERED AND ADJUDGED** this the 30th day of March, 2018.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE