IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| MULTIPLAN, INC. and PRIVATE HEALTHCARE SYSTEMS, INC. | PLAINTIFFS/ COUNTER-DEFENDANTS |
| v. | CAUSE NO. 1:14CV315-LG-RHW |
| STEVEN W. HOLLAND, doing business as Physical Therapy Clinic of Gulfport | DEFENDANT/ COUNTERCLAIMANT |

## AMENDED FINAL JUDGMENT

This matter having come on to be heard on the [294] Motion for Judgment as a Matter of Law filed by the plaintiffs/counter-defendants Multiplan, Inc. and Private Healthcare Systems, Inc., the Court, after a full review and consideration of the Motion, the pleadings on file, and the relevant legal authority, finds that in accord with the Memorandum Opinion and Order entered herein,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the plaintiffs/counter-defendants Multiplan, Inc. and Private Healthcare Systems, Inc., pursuant to Fed. R. Civ. P. 50. This case is hereby **DISMISSED WITH PREJUDICE**. Pursuant to Fed. R. Civ. P. 54(d)(1), Multiplan and PHCS are entitled to recover costs from Steven W. Holland.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that this Amended Final Judgment shall supplant the [291] Judgment entered on March 30, 2018.

**SO ORDERED AND ADJUDGED** this the 20th day of June, 2018.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE