# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

MULTIPLAN, INC., and PRIVATE
HEALTHCARE SYSTEMS, INC.                                    PLAINTIFFS

v.                                            CAUSE NO. 1:14CV315-LG-RHW

STEVEN W. HOLLAND, doing
business as Physical Therapy
Clinic of Gulfport                                          DEFENDANT

## SECOND AMENDED FINAL JUDGMENT

This action was tried by a jury with United States District Judge Louis Guirola, Jr., presiding, and the jury returned a verdict in favor of Steven W. Holland as to his breach of contract claim.

**IT IS ORDERED AND ADJUDGED** that Steven W. Holland, doing business as Physical Therapy Clinic of Gulfport, recover from Multiplan, Inc., and Private Healthcare Systems, Inc., the amount of $14,329.25. Pursuant to Fed. R. Civ. P. 54(d), Holland is entitled to recover costs from Multiplan and Private Healthcare.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that this Second Amended Final Judgment shall supplant all previous judgments entered in this case.

**SO ORDERED AND ADJUDGED** this the 19th day of September, 2019.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE